IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTONIO V. CARDONA, # R-01037, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-cv-894-GPM |
| | ) |
| RANDY DAVIS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Antonio Cardona shall recover nothing, and the action is **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: October 7, 2013

NANCY J. ROSENSTENGEL, CLERK

By:   s/ Tanya Kelley
        Deputy Clerk

APPROVED:  s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge